UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| Plaintiff, | ) Case No. 1:22-cv-00929 |
| v. | ) |
| **GRAND DAYS HOSPITALITY, INC.**, a Michigan corporation for profit, | ) Hon. Judge Jane M. Beckering. |
| Defendant. | ) |

_____

| | |
|---|---|
| Owen B. Dunn Jr. (P66315) | Timothy J. Ryan (P67686) |
| LAW OFFICES OF OWEN DUNN JR. | JACKSON LEWIS P.C. |
| Attorney for Plaintiff | Attorneys for Defendant Grand Days Hospitality, Inc. |
| 6800 Central Ave, Ste. C-1 | 6011 West River Drive NE |
| Toledo, OH 43617 | Belmont, MI 49306 |
| 419. 241.9661 | (616) 940-0240 |
| DunnLawOffice@sbcglobal.net | Timothy.Ryan@JacksonLewis.com |

_____

### STIPULATION OF DISMISSAL

Plaintiff, Leland Foster and Defendant, Grand Days Hospitality, Inc., by and through their undersigned counsel of record, pursuant to Rule 41(a)(1)(A)(ii) hereby stipulate that all of Plaintiff's claims are dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted,

Dated: August 15, 2023

*Counsel for Plaintiff:*

\s\ Owen B Dunn Jr
Owen B. Dunn, Jr., Esq. (P66315)
Law Offices of Owen Dunn, Jr.
6800 W. Central Ave., Suite C-1
Toledo, OH 43611
(419) 241-9661 - Phone
(419) 241-9737 – Facsimile
Monroe, MI: (734) 240-0848
dunnlawoffice@sbcglobal.net

*Counsel for Defendant:*

/s/ Timothy J. Ryan
Timothy J. Ryan (P40990)
JACKSON LEWIS P.C.
6011 West River Drive NE
Belmont, MI 49306
(616) 940-0240
Timothy.Ryan@JacksonLewis.com
Attorneys for Defendant